UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY BURCH                          )
                                     )
        Plaintiff,                   )
                                     )
    v.                               )   Civil Case No. 07cv511 (RJL)
                                     )
ZIMMER US, INC. et al.,              )
                                     )
        Defendants.                  )

## MOTION TO EXTEND TIME FOR SERVICE

Comes now the plaintiff Nancy Burch, by and through her attorneys THE LAW FIRM OF L. PALMER FORET, P.C., and respectfully asks this Court for an extension of time for service pursuant to Federal Rule of Civil Procedure 4 (m). The plaintiff refers the Court to the accompanying Memorandum of Points and Authorities in support hereof.

Respectfully submitted,

THE LAW FIRM OF L. PALMER FORET, PC

By:  /s/ L. Palmer Foret
     L. Palmer Foret, Esquire #260356
     1735 20th Street, N.W.
     Washington, D.C. 20009
     (202) 332-2404 (Telephone)
     (202) 332-2808 (Facsimile)
     *Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY BURCH           )
            Plaintiff, )
                      )
      v.              ) Civil Case No. 07cv511 (RJL)
                      )
ZIMMER US, INC. et al., )
                      )
            Defendants. )

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO EXTEND TIME FOR SERVICE

Plaintiff filed suit on March 19, 2007 against Defendants Zimmer US, Inc. and Zimmer, Inc. for injuries caused by a defective hip implant. Both prior to and since the time of filing the Complaint, the plaintiff has attempted to engage Defendants in settlement discussions in order to avoid prolonged litigation of this matter. A representative for Defendants has been in touch with Plaintiff's counsel, but settlement discussions remain in the early stages. It is the understanding of Plaintiff's counsel that Defendants need additional time to complete their evaluation of Plaintiff's claim and injuries.

Plaintiff is hopeful that meaningful settlement discussions can be accomplished within ninety days. Therefore, Plaintiff respectfully requests an additional ninety days in

which to file Proof of Service of the Summons, the Complaint and the Case Management Order entered in this matter.

Respectfully submitted,

THE LAW FIRM OF L. PALMER FORET, PC

By: /s/ L. Palmer Foret
L. Palmer Foret, Esquire #260356
1735 20th Street, N.W.
Washington, D.C. 20009
(202) 332-2404 (Telephone)
(202) 332-2808 (Facsimile)
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY BURCH            )
                       )
       Plaintiff,      )
                       )
       v.              )  Civil Case No. 07cv511 (RJL)
                       )
ZIMMER US, INC. *et al.*, )
                       )
       Defendants.     )

**ORDER**

Upon consideration of the Motion to Extend Time for Service filed herein by the plaintiff, it is this _____ day of July, 2007, by the United States District Court for the District of Columbia,

ORDERED, that said Motion to Extend Time for Service be, and hereby is, GRANTED; and it is further

ORDERED, that the plaintiff shall file Proof of Service on or before October 14, 2007.

_____
Richard J. Leon
United States Judge

cc:

L. Palmer Foret, Esquire
THE LAW FIRM OF L. PALMER FORET, PC
1735 20th Street, N.W.
Washington, D.C. 20009