AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NANCY BURCH
1629 Columbia Road NW, #617
Washington, D.C. 20009

SUMMONS IN A CIVIL CASE

V.

ZIMMER, INC.
1800 West Center Street
Warsaw, IN 46581

Case: 1:07-cv-00511
Assigned To : Leon, Richard J.
Assign. Date : 3/16/2007
Description: BURCH v. ZIMMER

TO: (Name and address of Defendant)

ZIMMER, INC.
1800 West Center Street
Warsaw, IN 46581

SERVE: CT CORPORATION SYSTEM
1015 15th Street NW, Suite 1000
Washington, D.C. 20005

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

L. PALMER FORET, ESQ.
The Law Firm of L. Palmer Foret, P.C.
1735 20th Street NW
Washington, D.C. 20009

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

MAR 16 2007

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8/29/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| GARY D. DEAN | PPS. |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: RA FOR ZIMER INC.
CT CORP. 1015 #1000 15th. ST, NW W[A]C

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/29/07      [signature]
           Date          Signature of Server

1200 Perry ST, NE, #100
Address of Server
4106936500   WDC. 20017

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.