AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NANCY BURCH
1629 Columbia Road NW #617
Washington, D.C. 20009
                    V.

ZIMMER US, INC.
1800 West Center Street
Warsaw, IN 46581

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-00511
Assigned To : Leon, Richard J.
Assign. Date : 3/16/2007
Description: BURCH v. ZIMMER

TO: (Name and address of Defendant)  ZIMMER US, INC.
1800 West Center Street
Warsaw, IN 46581

SERVE: CORPORATION SERVICE COMPANY
1090 Vermont Avenue NW
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

L. PALMER FORET, ESQ.
The Law Firm of L. Palmer Foret, P.C.
1735 20th Street NW
Washington, D.C. 20009

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                    MAR 16 2007

CLERK

(By) DEPUTY CLERK                                          DATE

RECEIVED MAR 20 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 8/29/07 | 2:28 R. |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | | |

| NAME OF SERVER *(PRINT)* GARY D. DEAN | TITLE PPS. |
|---|---|

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: CORPORATION SERVICE CO. R/A FOR ZIMMER US INC. 1090 Vermont Ave # 430 NW WDC.
UPON RENEE RICE TEAM LEADER

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/29/07    _____
　　　　　　　　*Date*　　　　　*Signature of Server*

1300 Pennsy St. NE #100
*Address of Server*
410693    WDC 20017
　　6500

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.