UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY BURCH | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 07cv511 (RJL) |
| | ) |
| ZIMMER US, INC. *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JOINT MEET AND CONFER STATEMENT

The plaintiff, Nancy Burch, and the defendants, Zimmer US, Inc. and Zimmer, Inc., pursuant to this Court's Case Management Order, submit the following Joint Meet and Confer statement, and state as follows:

1. A dispositive motions filing date is requested in No. 6 below.

2. The date by which all parties should be added is January 3, 2008.

3. The parties do not request to proceed before a United States Magistrate Judge.

4. There is a realistic possibility of settling the case.

5. The case could benefit from the Court's ADR procedures.

6. The date by which all dispositive motions should be filed is May 15, 2008.

7. This is an action in which the initial disclosures required by Rule 26(a)(1) need to be made.

8. The parties' proposed discovery deadlines, including the dates for Rule 26(a)(2) disclosures, are outlined in the Proposed Scheduling Order.

9. The trial of this matter should not be bifurcated.

10. The parties request that the pretrial conference of this matter be scheduled at the initial scheduling conference.

11. The parties request that the Court set a firm trial date at the pretrial conference.

Joint statement of the facts:

Plaintiff Nancy Burch received a hip implant manufactured by Defendant Zimmer, Inc. in her right hip on October 22, 2003. X-rays taken of Plaintiff Nancy Burch's right hip on April 9, 2004 showed breakage within Defendant Zimmer, Inc.'s hip implant. Plaintiff Nancy Burch underwent total right hip surgery on ay 17, 2004 to repair the fractured right hip and replace the hip implant designed and/or manufactured by Defendant Zimmer, Inc.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| THE LAW FIRM OF L. PALMER FORET, PC | BAKER & DANIELS, LLP |
| By: /s/ L. Palmer Foret | By: /s/ J. Stephen Bennett |
| L. Palmer Foret, Esquire #0373 | J. Stephen Bennett, Esquire |
| Mimi S. Dennis, Esquire | J. Byron Hayes, Esquire |
| 1735 20th Street, N.W. | 111 East Wayne, Suite 800 |
| Washington, D.C. 20009 | Ft. Wayne, IN 46802 |
| (202) 332-2404 (Telephone) | (260) 460-1725 (Telephone) |
| (202) 332-2808 (Facsimile) | (260) 460-1700 (Facsimile) |
| lpforet@foretlaw.com | Stephen.Bennett@bakerd.com |
| mdennis@foretlaw.com | Byron.Hayes@bakerd.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

Respectfully submitted,

REED SMITH


By: ____/s/ Eric Alexander____
    Eric Alexander, Esquire
    Jesse Ash, Esquire
    1301 K Street, N.W.
    Suite 1100 – East Tower
    Washington, D.C. 20005
    (202) 414-9200 (Telephone)
    (202) 414-9299 (Facsimile)
    ealexander@reedsmith.com
    jash@reedsmith.com
    *Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY BURCH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 07cv511 (RJL) |
| ) | |
| ZIMMER US, INC. *et al.*, ) | |
| ) | |
| Defendants. ) | |

**JOINT PROPOSED SCHEDULING ORDER**

The plaintiff, Nancy Burch, and the defendants, Zimmer US, Inc. and Zimmer, Inc., pursuant to this Court's Case Management Order, respectfully submit the following proposed Scheduling Order for consideration by this Court:

| | |
|---|---|
| December 3, 2007 | Joint Request for early settlement/ADR conference |
| January 3, 2008 | Moving for joinder of additional parties and amendment of pleadings |
| January 15, 2008 | Plaintiff's Rule 26(a)(2) disclosures re: experts |
| February 15, 2008 | Defendants' Rule 26(a)(2) disclosures re: experts |
| March 3, 2008 | Plaintiff's rebuttal Rule 26(a)(2) disclosures re: experts |
| March 17, 2008 | Rule 26(e)(2) supplementation of disclosures and Responses |
| April 15, 2008 | Discovery deadline |
| April 24, 2008 | Requests for admission |
| May 15, 2008 | Dispositive pretrial motions deadline |

_____   **Pretrial Conference**

_____   **Trial Date**

 

_____
Richard J. Leon
United States Judge

cc:

L. Palmer Foret, Esquire
Mimi S. Dennis, Esquire
THE LAW FIRM OF L. PALMER FORET, PC
1735 20th Street, N.W.
Washington, D.C. 20009

J. Stephen Bennett, Esquire
J. Byron Hayes, Esquire
BAKER & DANIELS LLP
111 East Wayne Street
Suite 800
Fort Wayne, Indiana 46802

Eric L. Alexander, Esquire
Jesse J. Ash, Esquire
REED SMITH
1301 K Street NW
Suite 1100–East Tower
Washington, D.C. 20005