UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
OCT 30 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY BURCH, )
)
Plaintiff, )
) Civil Case No. 07-0511 (RJL)
v. )
)
ZIMMER US, INC. et al., )
)
Defendants. )

## SCHEDULING ORDER

Upon receipt and consideration of the parties' Joint Meet and Confer Statement, it is this 26 day of October, 2007 hereby

**ORDERED** that the following schedule is implemented:

| | |
|---|---|
| December 3, 2007 | Submit joint request for early settlement/ADR conference |
| January 3, 2008 | Move for joinder of additional parties and amendment of pleadings |
| January 15, 2008 | Plaintiff's Rule 26(a)(2) disclosures regarding experts |
| February 15, 2008 | Defendants' Rule 26(a)(2) disclosures regarding experts |
| March 3, 2008 | Plaintiff's rebuttal Rule 26(a)(2) disclosures regarding experts |
| March 17, 2008 | Rule 26(e)(2) supplementation of disclosures and responses |
| April 15, 2008 | Fact and expert discovery deadline |



| | |
|---|---|
| April 24, 2008 | Requests for admissions |
| May 15, 2008 | Dispositive pretrial motions deadline |

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge