UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY BURCH,<br><br>        Plaintiff,<br><br>v.<br><br>ZIMMER US, INC.<br>and ZIMMER, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)  Case No. 1:07-cv-00511 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT ZIMMER US, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rules of the United States District Court for the District of Columbia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Zimmer US, Inc., in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party which have any outstanding securities in the hands of the public: Zimmer US, Inc. is a wholly owned subsidiary of Zimmer Holdings, Inc., a publicly traded company.

                                                REED SMITH LLP

Dated: November 9, 2007           By: /s/ Eric Alexander
                                                  Eric L. Alexander
                                                  Jesse J. Ash,
                                                  1301 K Street, N.W.
                                                  Suite 1100 – East Tower
                                                  Washington, D.C. 20005
                                                  Telephone: (202) 414-9200
                                                  Fax: (202) 414-9299
                                                  Email: ealexander@reedsmith.com
                                                                     jash@reedsmith.com

                                          ATTORNEYS FOR ZIMMER US, INC.,
                                          and ZIMMER, INC.

## CERTIFICATE OF SERVICE

I certify that on the 9th day of November, 2007, Defendant Zimmer US, Inc.'s Corporate Disclosure Statement was filed either electronically or by United States first-class mail, postage prepaid to the following:

L. Palmer Foret
The Law Firm of L. Palmer Foret, PC
1735 20th Street, N.W.
Washington, D.C. 20009

/s/ Eric Alexander