UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY BURCH | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 07cv511 (RJL) |
| | ) |
| ZIMMER US, INC. *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JOINT REQUEST FOR EARLY SETTLEMENT/ADR CONFERENCE

The plaintiff, Nancy Burch, and the defendants, Zimmer US, Inc. and Zimmer, Inc., pursuant to this Court's Scheduling Order, respectfully request that the Court schedule this matter for an early settlement/ADR conference within sixty (60) days from the filing of this request.

Respectfully submitted,

THE LAW FIRM OF
 L. PALMER FORET, PC


By:   /s/ L. Palmer Foret
    L. Palmer Foret, Esquire #0373
    Anita U. Ajenifuja, Esquire
    1735 20th Street, N.W.
    Washington, D.C. 20009
    (202) 332-2404 (Telephone)
    (202) 332-2808 (Facsimile)
    lpforet@foretlaw.com
    aajenifuja@foretlaw.com
    *Counsel for Plaintiff*

'Respectfully submitted,

BAKER & DANIELS, LLP


By:   /s/ J. Stephen Bennett
    J. Stephen Bennett, Esquire
    J. Byron Hayes, Esquire
    111 East Wayne, Suite 800
    Ft. Wayne, IN 46802
    (260) 460-1725 (Telephone)
    (260) 460-1700 (Facsimile)
    Stephen.Bennett@bakerd.com
    Byron.Hayes@bakerd.com
    *Counsel for Defendants*

Respectfully submitted,

REED SMITH


By: ____/s/ Eric Alexander_____
    Eric Alexander, Esquire
    Jesse Ash, Esquire
    1301 K Street, N.W.
    Suite 1100 – East Tower
    Washington, D.C. 20005
    (202) 414-9200 (Telephone)
    (202) 414-9299 (Facsimile)
    ealexander@reedsmith.com
    jash@reedsmith.com
    *Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY BURCH | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 07cv511 (RJL) |
| | ) |
| ZIMMER US, INC. *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

With the consent of the parties, it is this ___ day of December, 2007,

ORDERED that the above-captioned action is referred for mediation to commence on December 15, 2007 and conclude by February 15, 2007; and it is further

ORDERED that counsel and the parties, including persons with settlement authority, attend the mediation session; and it is further

ORDERED that the Clerk of the Court is directed to furnish a copy of this Order to the Circuit Executive for the purpose of assigning a mediator.

_____
Richard J. Leon
United States District Judge