UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**FILED**

DEC 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| NANCY BURCH, | ) |
| Plaintiff, | ) |
| v. | ) Civil Case No. 07-0511 (RJL) |
| ZIMMER US, INC. et al., | ) |
| Defendants. | ) |

## ORDER

Upon receipt of the parties' Joint Request for Early Settlement/ADR Conference (Docket #11), it is this 12th day of December, 2007 hereby

**ORDERED** that the above-captioned action is referred to mediation for sixty (60) days, and to the extent of mediator availability, to commence on December 15, 2007 and conclude by February 15, 2007; and it is further

**ORDERED** that counsel and the parties, including persons with settlement authority, attend the mediation session; and it is further

**ORDERED** that the Clerk of the Court is directed to furnish a copy of this Order to the Circuit Executive for the purpose of assigning a mediator.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

