UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY BURCH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ZIMMER US, INC., and<br>ZIMMER, INC.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)　CASE NO. 1:07-CV-00511<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiff, Nancy Burch ("Plaintiff"), and the defendants Zimmer US, Inc. and Zimmer, Inc., by their respective counsel, stipulate that all of Plaintiff's claims against the defendants Zimmer US, Inc. and Zimmer, Inc. are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

By: _____
L. Palmer Foret
THE LAW FIRM OF
L. PALMER FORET, P.C.
1735 20th Street, N.w.
Washington, D.C. 20009
(202) 332-2404
(202) 332-2808 (fax)

Attorney for the plaintiff,
Nancy Burch

By: _____
J. Stephen Bennett (*pro hac vice*)
J. Byron Hayes (*pro hac vice*)
BAKER & DANIELS LLP
111 E. Wayne Street, Suite 800
Fort Wayne, Indiana 46802
(260) 424-8000
(260) 460-1700 (fax)

Eric L. Alexander
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C. 20005
(202) 414-9200
(202) 414-9299 (fax)

Attorneys for the defendants,
Zimmer US, Inc. and Zimmer, Inc.

BDDB01 4995446v1

**EXHIBIT B**

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

NANCY BURCH, )
 )
    Plaintiff, )
 )
v. ) CASE NO. 1:07-CV-00511
 )
ZIMMER US, INC., and )
ZIMMER, INC., )
 )
    Defendants. )
 )

## STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiff, Nancy Burch ("Plaintiff"), and the defendants Zimmer US, Inc. and Zimmer, Inc., by their respective counsel, stipulate that all of Plaintiff's claims against the defendants Zimmer US, Inc. and Zimmer, Inc. are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

By: _____
L. Palmer Foret
THE LAW FIRM OF
L. PALMER FORET, P.C.
1735 20th Street, N.w.
Washington, D.C. 20009
(202) 332-2404
(202) 332-2808 (fax)

Attorney for the plaintiff,
Nancy Burch

By: _____
J. Stephen Bennett (*pro hac vice*)
J. Byron Hayes (*pro hac vice*)
BAKER & DANIELS LLP
111 E. Wayne Street, Suite 800
Fort Wayne, Indiana 46802
(260) 424-8000
(260) 460-1700 (fax)

Eric L. Alexander
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C. 20005
(202) 414-9200
(202) 414-9299 (fax)

Attorneys for the defendants,
Zimmer US, Inc. and Zimmer, Inc.

BDDB01 4995446v1              EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY BURCH,<br><br>      Plaintiff,<br><br>v.<br><br>ZIMMER US, INC., and<br>ZIMMER, INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) CASE NO. 1:07-CV-00511<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiff, Nancy Burch ("Plaintiff"), and the defendants Zimmer US, Inc. and Zimmer, Inc., by their respective counsel, stipulate that all of Plaintiff's claims against the defendants Zimmer US, Inc. and Zimmer, Inc. are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

By: _____
L. Palmer Foret
THE LAW FIRM OF
L. PALMER FORET, P.C.
1735 20th Street, N.w.
Washington, D.C. 20009
(202) 332-2404
(202) 332-2808 (fax)


Attorney for the plaintiff,
Nancy Burch

By: _____
J. Stephen Bennett (*pro hac vice*)
J. Byron Hayes (*pro hac vice*)
BAKER & DANIELS LLP
111 E. Wayne Street, Suite 800
Fort Wayne, Indiana 46802
(260) 424-8000
(260) 460-1700 (fax)

Eric L. Alexander
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C. 20005
(202) 414-9200
(202) 414-9299 (fax)

Attorneys for the defendants,
Zimmer US, Inc. and Zimmer, Inc.

BDDB01 4995446v1

**EXHIBIT B**

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY BURCH,<br><br>   Plaintiff,<br><br>v.<br><br>ZIMMER US, INC., and<br>ZIMMER, INC.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>) CASE NO. 1:07-CV-00511<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiff, Nancy Burch ("Plaintiff"), and the defendants Zimmer US, Inc. and Zimmer, Inc., by their respective counsel, stipulate that all of Plaintiff's claims against the defendants Zimmer US, Inc. and Zimmer, Inc. are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

By: _/s/ L. Palmer Foret_
L. Palmer Foret
THE LAW FIRM OF
L. PALMER FORET, P.C.
1735 20th Street, N.w.
Washington, D.C. 20009
(202) 332-2404
(202) 332-2808 (fax)

Attorney for the plaintiff,
Nancy Burch

By: _/s/_
J. Stephen Bennett (*pro hac vice*)
J. Byron Hayes (*pro hac vice*)
BAKER & DANIELS LLP
111 E. Wayne Street, Suite 800
Fort Wayne, Indiana 46802
(260) 424-8000
(260) 460-1700 (fax)

Eric L. Alexander
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C. 20005
(202) 414-9200
(202) 414-9299 (fax)

Attorneys for the defendants,
Zimmer US, Inc. and Zimmer, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

NANCY BURCH, )
)
Plaintiff, )
)
v. ) CASE NO. 1:07-CV-00511
)
ZIMMER US, INC., and )
ZIMMER, INC., )
)
Defendants. )
)

### STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiff, Nancy Burch ("Plaintiff"), and the defendants Zimmer US, Inc. and Zimmer, Inc., by their respective counsel, stipulate that all of Plaintiff's claims against the defendants Zimmer US, Inc. and Zimmer, Inc. are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

By: _____
L. Palmer Foret
THE LAW FIRM OF
L. PALMER FORET, P.C.
1735 20th Street, N.w.
Washington, D.C. 20009
(202) 332-2404
(202) 332-2808 (fax)

Attorney for the plaintiff,
Nancy Burch

By: _____
J. Stephen Bennett (*pro hac vice*)
J. Byron Hayes (*pro hac vice*)
BAKER & DANIELS LLP
111 E. Wayne Street, Suite 800
Fort Wayne, Indiana 46802
(260) 424-8000
(260) 460-1700 (fax)

Eric L. Alexander
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C. 20005
(202) 414-9200
(202) 414-9299 (fax)

Attorneys for the defendants,
Zimmer US, Inc. and Zimmer, Inc.